```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIP VASTO, ZAO YANG, ALEX TORRES,
AND XIAOJ ZHENG, individually and on behalf
of all others similarly situated,

        Plaintiffs,      15 **CIVIL** 9298 (PAE)

  -v-              **JUDGMENT**

CREDICO (USA) LLC, CROMEX INC., and
MEIXI XU,
        Defendants.
-----------------------------------------------------------X

    The parties having filed cross-motions for summary judgment, and the matter having come before the Honorable Paul A. Englemayer, United States District Judge, and the Court, on October 27, 2017, having rendered its Opinion & Order stating that the Court (1) denies Plaintiffs' motion for partial summary judgment and (2) grants' Defendants' cross-motions for summary judgment. The effect of this ruling is to grant summary judgment in favor of Defendants on all claims; and directing the Clerk of Court to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 27, 2017, Plaintiffs' motion for partial summary judgment is denied and Defendants' cross-motions for summary judgment is granted. The effect of this ruling is that summary judgment is granted in favor of Defendants on all claims; accordingly, the case is closed.

**Dated:** New York, New York
     October 31, 2017

                        RUBY J. KRAJICK
                        **Clerk of Court**
            BY:  _____
                        **Deputy Clerk**