UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP VASTO, ZAO YANG, ALEX TORRES, and XIAOJ ZHENG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDICO (USA) LLC, CROMEX INC., and MEIXI XU,<br><br>Defendants. | Docket No.:15-9298 (PAE) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiffs Philip Vasto, Zao Yang, Alex Torres, and Xiaoj Zheng, individually and on behalf of all others similarly situated, hereby appeal the District Court's October 31, 2017 adverse judgment [ECF Nos. 247 and 248] to the United States Court of Appeals for the Second Circuit.

**SPIRO HARRISON**
*s/ Jason C. Spiro*
Jason C. Spiro
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
Tel: 973-232-0881
jspiro@spiroharrison.com