### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP VASTO, ZAO YANG, ALEX TORRES, and XIAOJ ZHENG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CREDICO (USA) LLC, CROMEX INC., AND MEIXI XU,<br><br>Defendants. | Civil Action No. 1:15-cv-09298-PAE |

## MOTION TO WITHDRAW ATTORNEY JILL KAHN

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Plaintiff's counsel respectfully moves to withdraw the appearance of Jill Kahn. Granting this motion will neither delay these proceedings nor prejudice Plaintiffs, as they will continue to be represented by attorneys at the firms of Lichten & Liss-Riordan, P.C. and Stephan Zouras LLP.

1

        PHILIP VASTO, ZAO YANG, ALEX TORRES, and XIAOJ ZHENG, individually and on behalf of all others similarly situated,

        By their attorneys:

        /s/ Harold Lichten_____           
        Harold Lichten
        Jill Kahn
        LICHTEN & LISS-RIORDAN, P.C.
        729 Boylston Street, Suite 2000
        Boston, MA 02116
        (617) 994-5800
        hlichten@llrlaw.com
        jkahn@llrlaw.com

        Ryan F. Stephan
        James B. Zouras
        Catherine T. Mitchell
        STEPHAN ZOURAS LLP
        205 North Michigan Avenue
        Suite 2560
        Chicago, IL 60601
        rstephan@stephanzouras.com
        jzouras@stephanzouras.com
        cmitchell@stephanzouras.com

Dated: May 14, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that, on May 14, 2018, a copy of this document was served via ECF on all counsel of record.


        /s/ Harold Lichten_____      
          Harold Lichten, Esq.