USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2018

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP VASTO, ZAO YANG, ALEX TORRES, and XIAOJ ZHENG, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CREDICO (USA) LLC, CROMEX INC., AND MEIXI XU,<br><br>Defendants. | Civil Action No. 1:15-cv-09298-PAE |

## MOTION TO WITHDRAW ATTORNEY JILL KAHN

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Plaintiff's counsel respectfully moves to withdraw the appearance of Jill Kahn. Granting this motion will neither delay these proceedings nor prejudice Plaintiffs, as they will continue to be represented by attorneys at the firms of Lichten & Liss-Riordan, P.C. and Stephan Zouras LLP.

PHILIP VASTO, ZAO YANG, ALEX TORRES, and XIAOJ ZHENG, individually and on behalf of all others similarly situated,

By their attorneys:

/s/ Harold Lichten
Harold Lichten
Jill Kahn
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
hlichten@llrlaw.com
jkahn@llrlaw.com

Ryan F. Stephan
James B. Zouras
Catherine T. Mitchell
STEPHAN ZOURAS LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
rstephan@stephanzouras.com
jzouras@stephanzouras.com
cmitchell@stephanzouras.com

Dated: May 14, 2018

## CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2018, a copy of this document was served via ECF on all counsel of record.

/s/ Harold Lichten
Harold Lichten, Esq.

5/14/18

Granted. The Clerk of Court is respectfully directed to terminate Ms. Kahn from the docket.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

2